■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL GRAHAM, Appellant. [902 NYS2d 354]—Judgment, Supreme Court, New York County (Ronald Zweibel, J.), rendered October 23, 2008, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree, and sentencing him to a term of five years, unanimously affirmed.

Regardless of whether defendant's oral and written waivers, when taken together, establish a valid waiver of his right to appeal (*see People v Ramos*, 7 NY3d 737 [2006]; *People v Lopez*, 6 NY3d 248, 257 [2006]), we perceive no basis for reducing the sentence. No issue is before us concerning the consecutive sentence imposed for the bail jumping conviction. Concur—Tom, J.P., Friedman, McGuire, Acosta and Román, JJ.